United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CARL KELLY,
Petitioner,
v.
PAT HORN, et al.,
Respondents.

Case No. 26-cv-05628-EMC

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

On June 11, 2026, Petitioner James Carl Kelly, a *pro se* prisoner housed at Kern Valley State Prison, filed a petition for writ of habeas corpus. ECF No. 1. On the same day, the Clerk of the Court sent Kelly a notice informing him that his action could not go forward until he paid the filing fee or filed a completed *in forma pauperis* ("IFP") application. ECF No. 2. The notice warned Kelly that he must pay the filing fee or return a completed IFP application within 28 days or his action would be dismissed. *Id.* More than 28 days have passed, and Kelly has not paid the filing fee, returned the IFP application, or otherwise communicated with the Court.

In addition, upon review of the filings, Kelly appears to be challenging medical care he is receiving at Kern Valley State Prison, which must be raised within a 42 U.S.C. § 1983 lawsuit in the Eastern District of California—or through other appropriate vehicles in state court—not a habeas corpus petition in this district. *See* 28 U.S.C. § 84(b); *Muhammad v. Close*, 540 U.S. 749, 750 (2004) (noting that requests for relief turning on circumstances of confinement may not be presented in a federal habeas corpus petition, but they may be presented in a § 1983 action). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to Kelly seeking relief through a civil rights complaint filed in the Eastern District of California, or any other appropriate vehicle in state court.

The Clerk is requested to send Kelly a blank prisoner civil rights complaint form with his copy of this order. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2024



EDWARD M. CHEN
United States District Judge